UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HILL, | ) Case No. CV 12-8550 MWF (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| RICHARD IVES, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: January 28, 2013

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE